**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 97-6863**

─────────

ALBERT MOSELY,

Plaintiff - Appellant,

versus

RICHLAND COUNTY JAIL; DIRECTOR MCCAULLEY;
SWANSON COMMISSARY SERVICE; RICHLAND COUNTY,
SOUTH CAROLINA COUNTY COUNCIL,

Defendants - Appellees.

─────────

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Dennis W. Shedd, District Judge.
(CA-96-1204-3-19BC)

─────────

Submitted:  February 26, 1998        Decided:  March 18, 1998

─────────

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Albert Mosley, Appellant Pro Se.  William Henry Davidson, II, James
Miller Davis, Jr., ELLIS, LAWHORNE, DAVIDSON & SIMS, P.A., Colum-
bia, South Carolina, for Appellees.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Mosley v. Richland County Jail</u>, No. CA-96-1204-3-19BC (D.S.C. May 1, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>